JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA JONES, <br><br> Plaintiff, <br><br> vs. <br><br> IQ DATA INTERNATIONAL, INC. and DOES 1 to 20, inclusive, <br><br> Defendants. | CASE NO. 5:13-CV-00039-VAP-SP <br><br> [PROPOSED] ORDER OF DISMISSAL |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: April 10, 2013

Virginia A. Phillips
UNITED STATES DISTRICT JUDGE