JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IQ DATA INTERNATIONAL, INC. and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:13-CV-00039-VAP-SP<br><br>[PROPOSED] ORDER OF DISMISSAL |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: April 10, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE